```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 12-02659-MDF
Jorge Adalberto Acosta                                              Chapter 13
Olga Ivette Acosta
        Debtors                  **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: AGarner          Page 1 of 1           Date Rcvd: Dec 22, 2016
                               Form ID: trc           Total Noticed: 0

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4433848        Bank of New York Mellon, f/k/a Bank of,   Serviced by Select Portfolio Servicing,,
               3815 South West Temple,   Salt Lake City, UT 84115,   Bank of New York Mellon, f/k/a Bank of,
               Serviced by Select Portfolio Servicing,
                                                                               TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2016 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Bank of New York Mellon, f/k/a Bank of New York, as
               Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA6, Mortgage
               Pass-Through Certificates Series 2007-OA6 alubin@milsteadlaw.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Joint Debtor Olga Ivette Acosta DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Dorothy L Mott    on behalf of Debtor Jorge Adalberto Acosta DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Joshua I Goldman    on behalf of Creditor    Select Portfolio Servicing, Inc
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    The Bank of New York Mellon, et al...
               ecfmail@mwc-law.com
              Kimberly A Bonner    on behalf of Creditor    Bank of New York Mellon, f/k/a Bank of New York, as
               Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA6, Mortgage
               Pass-Through Certificates Series 2007-OA6 amps@manleydeas.com
              Matthew Christian Waldt    on behalf of Creditor    Bank of New York Mellon, f/k/a Bank of New York,
               as Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA6, Mortgage
               Pass-Through Certificates Series 2007-OA6 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Thomas I Puleo    on behalf of Creditor    Bank of New York Mellon, f/k/a Bank of New York, as
               Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA6, Mortgage
               Pass-Through Certificates Series 2007-OA6 tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 10

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:12-bk-02659-MDF
Chapter 13

In re: Debtor(s) (including Name and Address)

Jorge Adalberto Acosta
10358 Jonestown Road
Annville PA 17003

Olga Ivette Acosta
10358 Jonestown Road
Annville PA 17003

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/21/2016.

Name and Address of Alleged Transferor(s):

Claim No. 13: Bank of New York Mellon, f/k/a Bank of, Serviced by Select Portfolio Servicing,, 3815 South West Temple, Salt Lake City, UT 84115, Bank of New York Mellon, f/k/a Bank of, Serviced by Select Portfolio Servicing,

Name and Address of Transferee:

THE BANK OF NEW YORK MELLON, SERIES 2007-OA6
C/O SHELLPOINT MORTGAGE SERVICING
POBOX 10826
Greenville SC 29603-0826
THE BANK OF NEW YORK MELLON, SERIES 2007
C/O SHELLPOINT MORTGAGE SERVICING

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/24/16

Terrence S. Miller
**CLERK OF THE COURT**