Certificate Number: 01401-PAM-DE-028749690

Bankruptcy Case Number: 12-02659


01401-PAM-DE-028749690

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on February 11, 2017, at 5:04 o'clock PM EST, Jorge A Acosta completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 11, 2017        By: /s/Jeremy_Lark

                                                                           Name: Jeremy_Lark

                                                                           Title: FCC Manager

Certificate Number: 01401-PAM-DE-028750568

Bankruptcy Case Number: 12-02659


01401-PAM-DE-028750568

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on February 12, 2017, at 9:34 o'clock AM EST, Olga I Acosta completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: February 12, 2017     By: /s/Jeremy Lark

                                                         Name: Jeremy Lark

                                                         Title: FCC Manager