```
                      United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                          Case No. 12-02659-RNO
Jorge Adalberto Acosta                                         Chapter 13
Olga Ivette Acosta
         Debtors

# CERTIFICATE OF NOTICE

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2017.
```
db/jdb       +Jorge Adalberto Acosta,   Olga Ivette Acosta,   10358 Jonestown Road,   Annville, PA 17003-8508
aty          +Jeffrey T Grossman,   Grossman Law Firm PC,   1333 Race Street,   Philadelphia, PA 19107-1556
cr           +Bank of America, N.A. c/o Prober & Raphael, A Law,   20750 Ventura Blvd, Suite 100,
               Woodland Hills, CA 91364-6207
4099650       BANK OF AMERICA MORTGAGE,   475 CROSSPOINT PKWY,   NY2 001 02 14,   GETZVILLE, NY 14068
4099652       BUREAU OF ACCOUNT MGMT,   3607 ROSEMONT AVE STE 502,   PO BOX 8875,   CAMP HILL, PA 17001-8875
4120024       Bank of America, N.A.,   P.O. Box 660933,   Dallas, Texas 75266-0933
4433847      +Bank of New York Mellon, f/k/a Bank of,   Serviced by Select Portfolio Servicing,,
               3815 South West Temple,   Salt Lake City, UT 84115-4412
4181869      +CAPITAL ONE BANK (USA), N.A.,   PO Box 12907,   Norfolk VA 23541-0907
4099659       COMM OF PA DEPT OF REVENUE,   BUREAU OF COMPLIANCE,   PO BOX 280946,
               HARRISBURG, PA 17121-0946
4099660       COMMONWEALTH OF PA,   DEPT OF REV, BUREAU OF COMPLIANCE,   PO BOX 280947,
               HARRISBURG, PA 17128-0947
4099664      +FIN RECOVERY,   PO BOX 8609,   CHERRY HILL, NJ 08002-0609
4099665      +FULTON FRIEDMAN & GULLACE LLP,   130B GETTYSBURG PIKE,   MECHANICSBURG, PA 17055-5653
4099678      +LEHIGH COUNTY TAX CLAIM BUREAU OF COLLEC,   2421 TECH CTR STE 100,   LAS VEGAS, NV 89128-0804
4099680      +MAIN STREET,   7473 WEST LAKE MEADE,   LAS VEGAS, NV 89128-0265
4099682      +MS HERSHEY MEDICAL CENTER,   PATIENT FINANCIAL SERVICES,   PO BOX 853 MC-A410,
               HERSHEY, PA 17033-0853
4109780      +Midland Credit Management, Inc.,   2365 Northside Drive Suite 300,   San Diego, CA 92108-2709
4099683      +NCA,   PO BOX 550,   HUTCHINSON, KS 67504-0550
4099686       THD/CBNA/BANKRUPTCY,   C/O THD,   PO BOX 6497,   SIOUX FALLS, SD 57117-6497
4868107       THE BANK OF NEW YORK MELLON, SERIES 2007-OA6,   C/O SHELLPOINT MORTGAGE SERVICING,
               POBOX 10826,   Greenville SC 29603-0826
4868108      +THE BANK OF NEW YORK MELLON, SERIES 2007-OA6,   C/O SHELLPOINT MORTGAGE SERVICING,
               POBOX 10826,   Greenville SC 29603-0826,   THE BANK OF NEW YORK MELLON, SERIES 2007,
               C/O SHELLPOINT MORTGAGE SERVICING 29603-0826
4181277       TMSHMC Hospital,   PO Box 853,   Hershey, PA 17033-0853
4181276       TMSHMC Physicians,   PO Box 854,   Hershey, PA 17033-0854
4180340       The Bank of New York Mellon, et al,   c/o Prober & Raphael,   Attorneys For Secured Creditor,
               P.O. Box 4365,   Woodland Hills, CA 91365-4365
4099687       VZW NE,   NATIONAL RECOVERY D,   FOLSOM, CA 95630

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            EDI: AIS.COM Aug 09 2017 19:08:00    Midland Funding LLC by American InfoSource LP as a,
               Attn: Department 1,   PO Box 4457,   Houston, TX   77210-4457
4099649      +EDI: AMEREXPR.COM Aug 09 2017 19:08:00    AMEX,   PO BOX 297871,
               FORT LAUDERDALE, FL 33329-7871
4129340       EDI: BECKLEE.COM Aug 09 2017 19:08:00    American Express Bank FSB,   c/o Becket and Lee LLP,
               POB 3001,   Malvern PA 19355-0701
4144179       EDI: AIS.COM Aug 09 2017 19:08:00    American InfoSource LP as agent for,
               Midland Funding LLC,   PO Box 268941,   Oklahoma City, OK  73126-8941
4099651       E-mail/Text: banko@berkscredit.com Aug 09 2017 19:06:06    BERKS CREDIT & COLLECTIONS INC,
               PO BOX 329,   TEMPLE, PA 19560-0329
4099653      +EDI: STFC.COM Aug 09 2017 19:08:00    CACH, LLC,   4340 S MONACO STREET UNIT 2,
               DENVER, CO 80237-3485
4099654       EDI: CAPITALONE.COM Aug 09 2017 19:08:00    CAPITAL ONE (Bankruptcy Notification),
               PO BOX 5155,   NORCROSS, GA 30091
4099655      +E-mail/Text: jdragas@pamd13trustee.com Aug 09 2017 19:06:24    CHARLES J DEHART, III, ESQ.,
               8125 ADAMS DRIVE STE A,   HUMMELSTOWN PA 17036-8625
4099656      +EDI: CHASE.COM Aug 09 2017 19:08:00    CHASE,   ACCOUNT INQUIRIES,   PO BOX 15298,
               WILMINGTON, DE 19850-5298
4099657      +EDI: CITICORP.COM Aug 09 2017 19:08:00    CITI,   PO BOX 6241,   SIOUX FALLS, SD 57117-6241
4099658       E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Aug 09 2017 19:06:36    COMM OF PA DEPT L&I,
               READING B&C UNIT UTCS,   625 CHERRY ST ROOM 203,   READING, PA 19602-1152
4099661       EDI: CRFRSTNA.COM Aug 09 2017 19:08:00    CREDIT FIRST NATL ASSOC,   PO BOX 81344,
               CLEVELAND, OH 44188-0344
4116562       EDI: CAPITALONE.COM Aug 09 2017 19:08:00    Capital One Bank (USA), N.A.,   PO Box 71083,
               Charlotte, NC  28272-1083
4177540       EDI: BL-BECKET.COM Aug 09 2017 19:08:00    Capital One NA,   c/o Becket and Lee LLP,
               POB 3001,   Malvern PA 19355-0701
4128937      +EDI: CRFRSTNA.COM Aug 09 2017 19:08:00    Credit First National Association,   Po Box 818011,
               Cleveland, OH 44181-8011
4099662       EDI: DISCOVER.COM Aug 09 2017 19:08:00    DISCOVER FINANCIAL,   ACCOUNT INQUIRIES,
               6500 NEW ALBANY ROAD,   NEW ALBANY, OH 43054
4106211      +EDI: TSYS2.COM Aug 09 2017 19:08:00    Department Stores National Bank/Macy's,
               Bankruptcy Processing,   Po Box 8053,   Mason, OH 45040-8053
4102069       EDI: DISCOVER.COM Aug 09 2017 19:08:00    Discover Bank,   DB Servicing Corporation,
               PO Box 3025,   New Albany, OH  43054-3025
4099666      +EDI: RMSC.COM Aug 09 2017 19:08:00    GECRB/DSGI,   PO BOX 965005,   ORLANDO, FL 32896-5005
4099667      +EDI: RMSC.COM Aug 09 2017 19:08:00    GECRB/GELUXR,   PO BOX 965036,   ORLANDO, FL 32896-5036
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
4099668        +EDI: RMSC.COM Aug 09 2017 19:08:00      GECRB/JC PENNEY,   PO BOX 981402,
                 EL PASO, TX 79998-1402
4099669        +EDI: RMSC.COM Aug 09 2017 19:08:00      GECRB/LOWBRC,   PO BOX 956005,   ORLANDO, FL 32896-0001
4099670        +EDI: RMSC.COM Aug 09 2017 19:08:00      GECRB/OLDNAVY,   PO BOX 965005,   ORLANDO, FL 32896-5005
4099671        +EDI: HFC.COM Aug 09 2017 19:08:00       HSBC BANK,   ACCT INFORMATION,   PO BOX 81622,
                 SALINAS, CA 93912-1622
4099672        +EDI: HFC.COM Aug 09 2017 19:08:00       HSBC/BONTON,   PO BOX 15521,   WILMINGTON, DE 19850-5521
4099673         EDI: HFC.COM Aug 09 2017 19:08:00       HSBC/BOSCOV BILLING,   C/O HSBC BOSCOVS,   PO BOX 5226,
                 CAROL STREAM, IL 60197-5226
4099674         EDI: IRS.COM Aug 09 2017 19:08:00       INTERNAL REVENUE SERVICE - CIO,   PO BOX 7346,
                 PHILADELPHIA, PA 19101-7346
4126566         EDI: JEFFERSONCAP.COM Aug 09 2017 19:08:00      Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
4099676        +EDI: CBSKOHLS.COM Aug 09 2017 19:08:00      KOHLS/CAPONE,   PO BOX 3115,
                 MILWAUKEE, WI 53201-3115
4099679        +EDI: TSYS2.COM Aug 09 2017 19:08:00      MACY'S - BANKRUPTCY PROCESSING,   PO BOX 8053,
                 MASON, OH 45040-8053
4099681        +EDI: MID8.COM Aug 09 2017 19:08:00       MIDLAND FUNDING LLC,   8875 AERO DRIVE SUITE 200,
                 SAN DIEGO, CA 92123-2255
4157479         EDI: BL-BECKET.COM Aug 09 2017 19:08:00      Main Street Acquisition Corp assignee of HSBC,
                 RECEIVABLES ACQ CORP (USA) IV,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
4302795         EDI: AIS.COM Aug 09 2017 19:08:00       Midland Funding LLC,   by American InfoSource LP as agent,
                 Attn: Department 1,   PO Box 4457,   Houston, TX  77210-4457
4120632         EDI: PRA.COM Aug 09 2017 19:08:00       Portfolio Recovery Associates, LLC,   PO Box 12914,
                 Norfolk VA 23541
4298233        +EDI: PRA.COM Aug 09 2017 19:08:00       PRA Receivables Management, LLC,   POB 41067,
                 Norfolk, VA 23541-1067
4104227         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2017 19:06:09
                 Pennsylvania Department of Revenue,   Bankruptcy division, P O Box 280946,
                 Harrisburg P A 17128-0946
4104125         EDI: Q3G.COM Aug 09 2017 19:08:00       Quantum3 Group LLC as agent for,
                 World Financial Network Bank,   PO Box 788,   Kirkland, WA 98083-0788
4099684         EDI: NAVIENTFKASMSERV.COM Aug 09 2017 19:08:00      SALLIE MAE,   PO BOX 4700,
                 WILKES BARRE, PA 18773-4700
4099685        +EDI: SEARS.COM Aug 09 2017 19:08:00      SEARS/CBNA,   8725 W SAHARA AVE,
                 THE LAKES, NV 89163-0001
4255199        +EDI: NAVIENTFKASMSERV.COM Aug 09 2017 19:08:00      SLM Priv Crdt,   C/O Sallie Mae, Inc.,
                 220 Lasley Ave.,   Wilkes-Barre, PA 18706-1430
4176578        +EDI: VERIZONWIRE.COM Aug 09 2017 19:08:00      Verizon Wireless,   PO BOX 3397,
                 Bloomington, IL 61702-3397
4099688         E-mail/Text: BKRMailOps@weltman.com Aug 09 2017 19:06:14      WELTMAN WEINBERG & REIS,
                 436 SEVENTH AVE, STE 1400,   PITTSBURGH, PA 15219-1827
4099689        +EDI: WFNNB.COM Aug 09 2017 19:08:00      WFNNB/NYCO,   PO BOX 182122,   COLUMBUS, OH 43218-2122
4099690        +EDI: WFNNB.COM Aug 09 2017 19:08:00      WFNNB/VCFURN/RT,   PO BOX 182273,
                 WF COLUMBUS, OH 43218-2273
                                                                                       TOTAL: 44

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4433848         Bank of New York Mellon, f/k/a Bank of,   Serviced by Select Portfolio Servicing,,
                 3815 South West Temple,   Salt Lake City, UT 84115,   Bank of New York Mellon, f/k/a Bank of,
                 Serviced by Select Portfolio Servicing,
cr*            +Midland Credit Management, Inc.,   2365 Northside Drive, Suite 300,   San Diego, CA 92108-2709
cr*            +PRA Receivables Management, LLC,   POB 41067,   Norfolk, VA 23541-1067
4128994*       +Credit First National Association,   Po Box 818011,   Cleveland, OH 44181-8011
4099675*        IRS CENTRALIZED INSOLVENCY ORGANIZATION,   PO BOX 7346,   PHILADELPHIA, PA 19101-7346
4126567*       ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
4126573*       ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
4130451*       ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
                 (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                 SAINT CLOUD MN 56302-9617)
cr             ##+Select Portfolio Servicing, Inc,   3815 South West Temple,   Salt Lake City, UT 84115-4412
4099663        ##+EAF LLC,   1120 W LAKE COOK ROAD,   BUFFALO GROVE, IL 60089-1970
4099677        ##+LAW OFFICE OF JOE PEZZUTO, LLC,   4013 E BROADWAY, STE A2,   PHOENIX, AZ 85040-8818
                                                                               TOTALS: 1, * 7, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2017 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor    Bank of New York Mellon, f/k/a Bank of New York, as
               Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA6, Mortgage
               Pass-Through Certificates Series 2007-OA6 alubin@milsteadlaw.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com,  dehartstaff@pamd13trustee.com
              Dorothy L Mott    on behalf of Joint Debtor Olga Ivette Acosta DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Dorothy L Mott    on behalf of Debtor Jorge Adalberto Acosta DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Joshua I Goldman    on behalf of Creditor    Select Portfolio Servicing, Inc
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    The Bank of New York Mellon, et al...
               ecfmail@mwc-law.com
              Kimberly A Bonner    on behalf of Creditor    Bank of New York Mellon, f/k/a Bank of New York, as
               Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA6, Mortgage
               Pass-Through Certificates Series 2007-OA6 amps@manleydeas.com
              Matthew Christian Waldt    on behalf of Creditor    Bank of New York Mellon, f/k/a Bank of New York,
               as Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA6, Mortgage
               Pass-Through Certificates Series 2007-OA6 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Thomas I Puleo    on behalf of Creditor    Bank of New York Mellon, f/k/a Bank of New York, as
               Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA6, Mortgage
               Pass-Through Certificates Series 2007-OA6 tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                          TOTAL: 10

| | | |
|---|---|---|
| Debtor 1 | **Jorge Adalberto Acosta** | Social Security number or ITIN **xxx–xx–2150** |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Olga Ivette Acosta** | Social Security number or ITIN **xxx–xx–6718** |
| | First Name  Middle Name  Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number:  **1:12–bk–02659–RNO** | | |

# Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jorge Adalberto Acosta

Olga Ivette Acosta

**By the court:**

August 9, 2017

Honorable Robert N. Opel
United States Bankruptcy Judge

By: AGarner, Deputy Clerk

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Form 3180W

**Chapter 13 Discharge**

page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Case 1:12-bk-02659-RNO    Doc 59    Filed 08/11/17    Entered 08/12/17 00:47:06    Desc
Imaged Certificate of Notice    Page 5 of 5