```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 12-02659-RNO
Jorge Adalberto Acosta                                              Chapter 13
Olga Ivette Acosta
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner           Page 1 of 1           Date Rcvd: Sep 14, 2017
                              Form ID: fnldec         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2017.
db/jdb         +Jorge Adalberto Acosta,   Olga Ivette Acosta,   10358 Jonestown Road,   Annville, PA 17003-8508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2017 at the address(es) listed below:
              Andrew M. Lubin    on behalf of Creditor   Bank of New York Mellon, f/k/a Bank of New York, as
               Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA6, Mortgage
               Pass-Through Certificates Series 2007-OA6 alubin@milsteadlaw.com
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Joint Debtor Olga Ivette Acosta DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Dorothy L Mott    on behalf of Debtor Jorge Adalberto Acosta DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Joshua I Goldman    on behalf of Creditor    Select Portfolio Servicing, Inc
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    The Bank of New York Mellon, et al...
               ecfmail@mwc-law.com
              Kimberly A Bonner    on behalf of Creditor   Bank of New York Mellon, f/k/a Bank of New York, as
               Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA6, Mortgage
               Pass-Through Certificates Series 2007-OA6 amps@manleydeas.com
              Matthew Christian Waldt    on behalf of Creditor   Bank of New York Mellon, f/k/a Bank of New York,
               as Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA6, Mortgage
               Pass-Through Certificates Series 2007-OA6 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
              Thomas I Puleo    on behalf of Creditor   Bank of New York Mellon, f/k/a Bank of New York, as
               Trustee, on behalf of the registered holders of Alternative Loan Trust 2007-OA6, Mortgage
               Pass-Through Certificates Series 2007-OA6 tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 10

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Jorge Adalberto Acosta<br>10358 Jonestown Road<br>Annville, PA 17003 | Chapter 13<br>Case No. 1:12−bk−02659−RNO |
| Olga Ivette Acosta<br>10358 Jonestown Road<br>Annville, PA 17003 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−2150
xxx−xx−6718

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: September 14, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: AGarner, Deputy Clerk